```
IRS
P.O. BOX 7346
PHILADELPHIA PA 19101-7346


OKLAHOMA TAX COMMISSION
BANKRUPTCY-- LEGAL
100 N. BROADWAY
SUITE 1500
OKLAHOMA CITY OK 73102


CERTEGY CHECK SERVICES
PO BOX 30031
TAMPA FL 33630-3031


EQUIFAX INFORMATION SERVICES LLC
PO BOX 740256
ATLANTA GA 30374-0256


EXPERIAN
701 EXPERIAN PARKWAY
PO BOX 2002
ALLEN TX 75013


TELECHECK INTL INC
SUPERVISOR LEGAL DEPT
5251 WESTHEIMER 2ND FLOOR
HOUSTON TX 77056


TRANS UNION CORPORATION
PO BOX 2000
CRUM LYNNE PA 19022-2002


US ATTORNEYS OFFICE
210 W. PARK AVENUE, SUITE 400
OKLAHOMA CITY OK 73102
```

```
US DEPT OF JUSTICE CIV TRIAL
TAX DIVISION CENTRAL REGION
P.O. BOX 7238 BEN FRANKLIN ST.
WASHINGTON DC 20044



CHEX SYSTEMS COLLECTION AGENCY
ATTN: CONSUMER RELATIONS
7805 HUDSON ROAD, STE. 100
SAINT PAUL MN 55125-1595



BEST BUY CREDIT SERVICES
PO BOX 790441
SAINT LOUIS MO 63179



CALIBER HOME LOANS
6031 CONNECTION DRIVE
SUITE 200
IRVING TX 75039



CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285



CHRISTOPHER WOODS
3037 NW 181ST
EDMOND OK 73013



CREDIT ONE BANK
PO BOX 98873
LAS VEGAS NV 89193-8873



DEPT OF ED/NAVIENT
123 JUSTISON STREET
3RD FLOOR
NEWARK DE 19713



FIRST SOURCE ADVANTAGE, LLC
205 BRYANT WOODS SOUTH
AMHERST NY 14228
```

```
GREENS COUNTRY CLUB CO.
MILLENNIUM FINANCIAL GROUP
3000 UNITED FOUNDERS BLVD.
STE. 219
OKLAHOMA CITY OK 73112



GUARDIAN INTERLOCK
3131 NW 38TH STREET
OKLAHOMA CITY OK 73112



HALL AND LUDLAM
210 PARK AVENUE STE. 3001
OKLAHOMA CITY OK 73102



KIVELL RAYMENT & FRANCIS PC
TRIAD CENTER I, STE 240
7666 EAST 61ST STREET
TULSA OK 74133



MARY STOLFA
709 EAST STREET NW
ARDMORE OK 73401



MIDFIRST BANK
PO BOX 268879
OKLAHOMA CITY OK 73126



OKLAHOMA EMPLOYEES CREDIT UNION
PO BOX 24027
OKLAHOMA CITY OK 73124



SYNCHRONY BANK
PO BOX 965060
ORLANDO FL 32896-5060



TJX REWARDS
PO BOX 965046
ORLANDO FL 32896
```