LOCAL FORM 2
PAY ADVICE COVER SHEET

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

In re: )
    Jennifer Nicole Stolfa    , )
                                , )    Case No.  _____
                                   )    Chapter  **13**
Debtor.. )

### PAY ADVICE COVER SHEET

The following pay advice/income record information is filed on behalf of the debtors:

☐     Pay advices are attached as follows:

| Employer | Beginning date | Ending date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

☑     The debtor certifies by his/her signature below that he/she has no pay records because: **DEBTOR DID NOT RECEIVE PAY ADVICES IN THE LAST 60 DAYS.**

Dated on  **August 30, 2017**  .

/s/ Jennifer Nicole Stolfa
Jennifer Nicole Stolfa
(Debtor Signature)
☐ Pro Se Debtor
☑ Represented by Counsel

/s/ Jerry D. Brown OBA
(Attorney Signature)
Jerry D. Brown OBA #16815
5500 N. Western Ave.
Suite 150
Oklahoma City, OK 73118
(405) 841-1000
(405) 841-1001
jdbrownpc@sbcglobal.net