### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

In re:

JENNIFER NICOLE STOLFA,

    Debtor.

Case Number: 17-_13465_ JDL
Chapter 13

### DEBTOR'S MOTION FOR CONTINUATION OF AUTOMATIC STAY, AND BRIEF IN SUPPORT, AND NOTICE OF OPPORTUNITY FOR HEARING, AND NOTICE OF HEARING

JENNIFER NICOLE STOLFA, the Debtor in the above-captioned Chapter 13 proceeding, herein requests that the Court, pursuant to 11 U.S.C. § 362(c)(3)(B), enter an Order continuing the automatic stay provided under §362(a) as to all creditors and as to all property of Debtor's Chapter 13 estate. In support of this motion, the Debtor would respectfully aver as follows:

1. Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code on August 30, 2017 (the instant case).

2. Debtor had previously filed a Chapter 13 case, Case Number 17-11157 JDL, which was dismissed by the Court within one year of the instant case.

3. Debtor avers that dismissal of her prior Chapter 13 case was based on circumstances beyond her control, and was based on circumstances for which Debtor should not personally be held accountable, to wit: Upon information and belief, Debtor's prior Chapter 13 case was dismissed due to her inability to prepare and file her 2016 federal and/or state income tax returns. Debtor had received a 1099-A Form from her mortgage company (after the foreclosure and sale of her principal residence), and could not obtain an adequate explanation as to how to treat said Form when filing her tax

returns. In addition, while Debtor now has more arrearages to cure in her Chapter 13 Plan, she is no longer paying for a vehicle secured by Oklahoma Employees Credit Union. Debtor believes she can afford to make the payments under her current Plan, and would appreciate any opportunity this Court would give her to save her home.

4. Debtor avers that the present filing is in good faith. Debtor believes that the Chapter 13 Plan she will submit to the Court will be confirmed and that she will be able to fully perform under the terms of their Chapter 13 Plan.

5. Debtor's prior Chapter 13 case was the only previous case pending during the preceding year.

6. Debtor's prior Chapter 13 case was not dismissed because Debtor failed to file or amend their petition or any required documents, or to provide adequate protection ordered by the Court.

7. To the best of her knowledge and belief, Debtor's prior Chapter 13 case was dismissed at a time when no motion for relief from stay was pending before the Court.

WHEREFORE, Debtor requests that the Court continue the automatic stay under 11 U.S.C. § 362(a) as to all creditors for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under §362(c)(1) or (c)(2), or a motion for relief is granted under §362(d), and; for other such relief as the Court deems just and proper.

## DECLARATION UNDER PENALTY OF PERJURY

The Debtor in the above-captioned proceeding avers, under penalty of perjury, that the foregoing MOTION FOR CONTINUATION OF AUTOMATIC STAY, NOTICE OF HEARING, AND NOTICE OF OPPORTUNITY FOR HEARING, is truthful and accurate to the best of the Debtor's knowledge and belief.

_____
JENNIFER NICOLE STOLFA

Dated: August 30th, 2017

Respectfully submitted:

_____
Jerry D. Brown, OBA #16815
JERRY D. BROWN, P.C.
5500 N. Western Ave., Suite 150
Oklahoma City, OK 73118
(405) 841-1000
(405) 841-1001 (Fax)
jdbrownpc@sbcglobal.net
Attorney for Movant

## NOTICE OF OPPORTUNITY FOR HEARING

Your rights may be affected. You should read this document carefully and consult your attorney about your rights and the effect of this document. If you do not want the Court to grant the requested relief, or you wish to have your views considered, you must file a written response or objection to the requested relief with the Clerk of the United States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Ave., Oklahoma City, OK 73102, no later than 14 days from the date of filing of this request for relief. You should also serve a file-stamped copy of your response or objection on the undersigned movant (and others who are required to be served) and file a certificate of service with the Court. If no response or objection is timely filed, the Court may grant the requested relief without a hearing or further notice. The 14-day period includes the 3 days allowed for mailing, pursuant to Rule 9006(f) of the Federal Rules of Bankruptcy Procedure.

## NOTICE OF HEARING

You are hereby notified that a hearing on **DEBTOR'S MOTION FOR CONTINUATION OF AUTOMATIC STAY AND NOTICE OF OPPORTUNITY FOR HEARING**, filed by JENNIFER NICOLE STOLFA, is set for hearing on

**TUESDAY, SEPTEMBER 26, 2017, AT 2:00 PM**

before the Honorable Janice Loyd, Second Floor Courtroom, United States Bankruptcy Courthouse, 215 Dean A. McGee Avenue, Oklahoma City, Oklahoma 73102.

## CERTIFICATE OF SERVICE

I, Jerry D. Brown, hereby certify that on the ___30_____ day of August, 17 a true and correct copy of the above and foregoing instrument was mailed, with proper postage prepaid, to all parties listed below:

ALL PARTIES LISTED ON
THE ATTACHED MATRIX

_____
Jerry D. Brown, OBA #16815

```
Label Matrix for local noticing        BEST BUY CREDIT SERVICES              Jerry D Brown
1087-5                                 PO BOX 790441                         Jerry D. Brown, P.C.
Case 17-13465                          SAINT LOUIS MO 63179-0441             5500 N. Western, Suite 150
Western District of Oklahoma                                                 Oklahoma City, OK 73118-4016
Oklahoma City
Wed Aug 30 15:19:04 CDT 2017
CALIBER HOME LOANS                     CAPITAL ONE                           CERTEGY CHECK SERVICES
6031 CONNECTION DRIVE                  PO BOX 30285                          PO BOX 30031
SUITE 200                              SALT LAKE CITY UT 84130-0285          TAMPA FL 33630-3031
IRVING TX 75039-2601


CHEX SYSTEMS COLLECTION AGENCY         CHRISTOPHER WOODS                     CREDIT ONE BANK
ATTN: CONSUMER RELATIONS               3037 NW 181ST                         PO BOX 98873
7805 HUDSON RD, STE. 100               EDMOND OK 73012-6826                  LAS VEGAS NV 89193-8873
SAINT PAUL MN 55125-1595


DEPT OF ED/NAVIENT                     EQUIFAX INFORMATION SERVICES LLC      EXPERIAN
123 JUSTISON STREET                    PO BOX 74/256                         701 EXPERIAN PARKWAY
3RD FLOOR                              ATLANTA GA 30374-0256                 PO BOX 2002
NEWARK DE 19713                                                              ALLEN TX 75013-2002


FIRST SOURCE ADVANTAGE, LLC            GREENS COUNTRY CLUB CO.               GUARDIAN INTERLOCK
205 BRYANT WOODS SOUTH                 MILLENNIUM FINANCIAL GROUP            3131 NW 38TH STREET
AMHERST NY 14228-3609                  3000 UNITED FOUNDERS BLVD.            OKLAHOMA CITY OK 73112-6649
                                       STE. 219
                                       OKLAHOMA CITY OK 73112-4279

HALL AND LUDLAM                        IRS                                   KIVELL RAYMENT & FRANCIS PC
210 PARK AVENUE STE. 3001              P.O. BOX 7346                         TRIAD CENTER I, STE 240
OKLAHOMA CITY OK 73102-5649            PHILADELPHIA PA 19101-7346            7666 EAST 61ST STREET
                                                                             TULSA OK 74133-1136


MARY STOLFA                            MIDFIRST BANK                         OKLAHOMA EMPLOYEES CREDIT UNION
709 EAST STREET NW                     PO BOX 268879                         PO BOX 24027
ARDMORE OK 73401-4207                  OKLAHOMA CITY OK 73126-8879           OKLAHOMA CITY OK 73124-0027


OKLAHOMA TAX COMMISSION                Oklahoma Employment Security Commission   (p)OKLAHOMA TAX COMMISSION
BANKRUPTCY--LEGAL                      PO Box 53039                              GENERAL COUNSEL S OFFICE
100 N. BROADWAY                        Oklahoma City, OK 73152-3039              100 N BROADWAY AVE SUITE 1500
SUITE 1500                                                                       OKLAHOMA CITY OK 73102-8601
OKLAHOMA CITY OK 73102-8601

SYNCHRONY BANK                         Jennifer Nicole Stolfa                TELECHECK INTL INC
PO BOX 965060                          12928 St. Andrews Drive               SUPERVISOR LEGAL DEPT
ORLANDO FL 32896-5060                  Oklahoma City, OK 73120-8884          5251 WESTHEIMER 2ND FLOOR
                                                                             HOUSTON TX 77056-5412


TJX REWARDS                            TRANS UNION CORPORATION               US ATTORNEY'S OFFICE
PO BOX 965046                          PO BOX 2000                           210 W. PARK AVENUE, SUITE 400
ORLANDO FL 32896-5046                  CRUM LYNNE PA 19022-2000              OKLAHOMA CITY OK 73102-5628
```

US DEPT OF JUSTICE CIV TRIAL
TAX DIVISION CENTRAL REGION
P.O. BOX 7238 BEN FRANKLIN ST.
WASHINGTON DC 20044-7238

United States Trustee
United States Trustee
215 Dean A. McGee Ave., 4th Floor
Oklahoma City, OK 73102-3479

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Oklahoma Tax Commission
Legal Division
120 N Robinson Ste 2000W
Oklahoma City, OK 73102-7801

End of Label Matrix
Mailable recipients    31
Bypassed recipients     0
Total                  31